# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) OGP, LLC, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>(1) CONTANGO RESOURCES, LLC,<br><br>   Defendant. | Case No. 22-CV-382-JFH-JFJ |

**UNOPPOSED SUPPLEMENT TO EXHIBIT 1 TO PLAINTIFF'S UNOPPOSED MOTION TO CERTIFY THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES, TO PRELIMINARILY APPROVE THE CLASS ACTION SETTLEMENT, TO APPROVE THE FORM AND MANNER OF NOTICE, AND TO SET A DATE FOR A FINAL FAIRNESS HEARING**

Plaintiff OGP, LLC ("OGP") hereby supplements Exhibit 1 (Doc. 34-1) to Plaintiff's Unopposed Motion to Certify the Settlement Class for Settlement Purposes, to Preliminarily Approve the Class Action Settlement, to Approve the Form and Manner of Notice, and to Set a Date for a Final Fairness Hearing (Doc. 34). Plaintiff inadvertently did not attach Schedule 1 to the Stipulation and Agreement of Settlement (Doc. 34-1). As such, Plaintiff hereby supplements Exhibit 1 (Doc. 34-1) to Plaintiff's Unopposed Motion to Certify the Settlement Class for Settlement Purposes, to Preliminarily Approve the Class Action Settlement, to Approve the Form and Manner of Notice, and to Set a Date for a Final Fairness Hearing (Doc. 34) with Schedule 1, attached as Exhibit 1 to this supplement.[1]

---

[1] Defendant does not oppose this supplement.

Schedule 1 represents the White Star Wells, as defined and used in the Stipulation and Agreement of Settlement. *See* Doc. 34-1 at 11, ¶ 1.39.

Respectfully submitted,

*/s/Randy C. Smith*
Randy C. Smith, OBA #21824
RANDY C. SMITH AND ASSOCIATES
One Leadership Square, Suite 1310
211 North Robinson Ave.
Oklahoma City, OK 73102
Telephone (405) 212-2786
Facsimile (405) 232-6515
randy@rcsmithlaw.com

*–and–*

Brady L. Smith, OBA #30727
Harry "Skeeter" Jordan, OBA #32437
BRADY SMITH LAW, PLLC
One Leadership Square, Suite 1320 211 N. Robinson
Oklahoma City, OK 73102
(405) 293-3029
brady@blsmithlaw.com
skeeter@blsmithlaw.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

 I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to parties and attorneys who are filing users.

 Terry D. Ragsdale
 Bradley W. Welsh

*/s/Randy C. Smith*